PROB 12A
(Revised 5/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Justin Lee Rood</u>  Case Number: <u>3:10-00036</u>

Name of Sentencing Judicial Officer: <u>Honorable Todd J. Campbell, U.S. District Judge</u>

Date of Original Sentence: <u>November 10, 2010</u>

Original Offense: <u>18 U.S.C. § 471, Manufacturing Counterfeit Federal Reserve Notes and 18 U.S.C. § 472, Passing/Uttering Counterfeit Federal Reserve Notes</u>

Original Sentence: <u>30 months' custody followed by 2 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>  Date Supervision Commenced: <u>December 14, 2012</u>

Assistant U.S. Attorney: <u>Sandra Moses</u>  Defense Attorney: <u>Ronald C. Small</u>

---

**THE COURT ORDERS:**

☒ No Action
☐ The Issuance of a Warrant
   ☐ Sealed Pending Warrant Execution
      (cc: U.S. Probation and U.S. Marshal only)
☐ The Issuance of a Summons
☐ Other

I declare under penalty of perjury
that the foregoing is true and correct.
Respectfully submitted,

*[signature]*

Considered this 22 day of Oct, 2013,
and made a part of the records in the above case.

Kara Sanders
U.S. Probation Officer

*[signature]*

Todd J. Campbell
U.S. District Judge

Place   Nashville, Tennessee

Date    October 22, 2013

# ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.    Nature of Noncompliance

1. **The defendant shall not purchase, possess, use, distribute, or administer any controlled substance.**

    On September 18, and September 26, 2013, Mr. Rood tested positive for cocaine.

    On September 18, 2013, Mr. Rood admitted to U.S. Probation Officer Sanders that he used powder cocaine on September 16, 2013. On September 26, 2013, he admitted to new cocaine use on or about September 22, 2013.

    Mr. Rood's substance abuse treatment was increased to address his continued drug use. He was instructed that if he continues to test positive it will be recommended he either enter a halfway house or be placed on home confinement.

    Mr. Rood's drug tests on October 3 and October 16 were negative for illegal drugs.

**Compliance with Supervision Conditions and Prior Interventions:**

Mr. Rood began his term of supervised release on December 14, 2012. His supervision is scheduled to expire on December 13, 2014. He maintained a stable residence from December 2012 to June 2013, with Sandra Connor, a family friend. In June 2013, he moved in with his girlfriend and continues to reside with her.

From February 2013 to May 2013, he was employed full-time with Sportswear Promotions Inc., in Mt. Juliet, Tennessee. He was employed with Universal Furniture Installer, in Nashville, Tennessee from May 2013 to September 2013. In October 2013, he secured employment with SCC Sprinkler, Inc., in Nashville, Tennessee.

Mr. Rood was assessed by Centerstone Mental Health in March 2013. He was diagnosed with Major Depressive Disorder and Amphetamine Dependence. Centerstone recommended he attend individual mental health therapy and continue with random drug tests. Mr. Rood has complied with his mental health treatment as directed. He currently attends individual mental health treatment and group substance abuse treatment weekly.

**U.S. Probation Officer Recommendation:**

It is respectfully recommended that no action be taken at this time and Mr. Rood be allowed to continue to take advantage of substance abuse and mental health treatment and continue on supervision. However, these violations may be considered in the future, if necessary. Any future violations or positive drug tests will be promptly reported to the Court.

The U.S. Attorney's Office concurs with the probation officer's recommendation.

Approved:

_____
Britton Shelton
Supervisory U.S. Probation Officer